The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

VESTAR JAMES CENTER, LLC,

    Plaintiff,

v.

WING BOSS LLC, a Washington limited liability company; SA FOOD SERVICE LLC,

    Defendants.

CASE NO. 3:24-CV-5867

UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

NOTED: NOVEMBER 25, 2024

## STIPULATION

Defendants Wing Boss LLC and SA Food Service LLC, ("Defendants"), through their counsel Nathan T. Paine of Karr Tuttle Campbell, hereby move for an extension of time from November 25, 2024 to December 9, 2024 for Defendants to respond to Plaintiff's Complaint (ECF No. 1).

This motion is for good cause and not for the purpose of delay. This is Defendants' first request for an extension of time. Defendants require additional time to investigate the complaint allegations and claims as well as the potential defenses and appropriate response to same. Plaintiff's counsel has been advised of this request and does not oppose it. Accordingly, Defendants respectfully request the deadline for their response to Plaintiff's Complaint be extended to December 9, 2024.

UNOPPOSED MOTION - 1
CASE NO. 3:24-cv-5867
#5724003 v1 / 01398-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Dated this 25th day of November, 2024.

/s/Nathan T. Paine
Nathan T. Paine, WSBA #34487
Karr Tuttle Campbell
701 5th Ave., Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Email: npaine@karrtuttle.com
*Attorney for Defendants*

# [~~PROPOSED~~] ORDER

Pursuant to Defendants' Unopposed motion to extend the deadline to respond to the complaint, the requested extension is granted as set forth below.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Deadline for Defendants to Respond to Plaintiff's Complaint** | *November 25, 2024* | *December 9, 2024* |

SO ORDERED this 3rd day of December, 2024.

*[signature]*

The Honorable Marsha Pechman
United States District Judge

UNOPPOSED MOTION - 2
CASE NO. 3:24-cv-5867
#5724003 v1 / 01398-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100