**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Vestar James Center, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Wings Boss LLC, a Washington limited liability company; SA Food Service LLC<br><br>Defendants. | **ORDER [PROPOSED] GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SHOW CAUSE ORDER OF FEBRUARY 26, 2025**<br><br>Case No. 3:24-cv-5867<br><br>Date:    March 11, 2025 |

This matter comes before the Court on Plaintiff's Unopposed Motion For Extension Of Time To Respond To Show Cause Order Of February 26, 2025. (Dkt. No. 23.) The Court GRANTS the Motion. Plaintiff shall file their second supplemental disclosure in response to the Show Cause Order by no later than March 19, 2025.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 12, 2025

*[signature]*

Judge Marsha J. Pechman