UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VESTAR JAMES CENTER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WINGS BOSS LLC, a Washington limited liability company and SA FOOD SERVICE LLC,<br><br>Defendants. | CASE NO. 3:24-cv-05867-MJP<br><br>ORDER ON PLAINTIFF'S DIVERSITY DISCLOSURE STATEMENT |

This matter comes before the Court on Plaintiff Vestar James Center LLC's Second Supplemental Corporate Disclosure (Dkt. No. 25.) The Court previously ordered Plaintiff to identify the citizenship of the members/owners of Vestar Retail Properties III, LLC, (Dkt. No. 18,) VDC Cardon Grande Investor, LLC, and Vestar Manager RP, LLC, (Dkt. No. 22,) for the purposes of ascertaining the Court's subject matter jurisdiction over this dispute. After reviewing Plaintiff's two Supplemental Disclosures, (Dkt. Nos. 19, 25,) the Court is satisfied that the Plaintiff LLC has adequately identified the citizenship of its members/owners, and therefore has shown complete diversity as required by 28 U.S.C. § 1332.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated April 8, 2025.

Marsha J. Pechman
United States Senior District Judge